UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiffs,<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Civil Action No. 20-9526<br><br>ECF Case<br>Document Electronically Filed<br><br><br><br>CERTIFICATION OF SERVICE |

I, **E. EVANS WOHLFORTH, JR., ESQ.**, hereby certify as follows::

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant CareCore National LLC d/b/a eviCore ("eviCore") in the above-captioned matter.

2. On November 12, 2020, I caused to be electronically filed via CM/ECF the following documents: 1) eviCore's Notice of Removal with exhibits thereto, 2) Civil Cover Sheet, and 3) eviCore's Rule 7.1 Disclosure Statement.

3. On November 12, 2020, I caused to be served a true and correct copy of 1) eviCore's Notice of Removal with exhibits thereto, 2) Civil Cover Sheet, and 3) eviCore's Rule 7.1 Disclosure Statement, via Federal Express overnight delivery, upon Steve Cohen, Esq., Pollock Cohen LLP, 60 Broad St., 24th Fl., New York, New York 10004, and Jordan Merson, Esq., Merson Law PLLC, 950 Third Avenue, 18th Floor, New York, New York 10022, counsel for Plaintiffs.

<u>s/ E. Evans Wohlforth, Jr.</u>
E. Evans Wohlforth, Jr.

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Attorneys for Defendant CareCore*
*National LLC d/b/a eviCore*

2862862.1 106782-103821