**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V., <br><br> Plaintiffs, <br><br> -against- <br><br> GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2, <br><br> Defendants. | Civil Action No. 20-9526 <br><br><br><br><br> **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CARECORE NATIONAL LLC D/B/A EVICORE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CareCore National LLC d/b/a eviCore ("eviCore") certifies to the following information:

1.     Defendant eviCore is a wholly-owned subsidiary of MedSolutions Holdings, Inc. MedSolutions Holdings, Inc., a Delaware corporation, is a wholly-owned subsidiary of eviCore 1, LLC.  eviCore 1, LLC is a wholly-owned subsidiary of Cigna Corporation.  Cigna Corporation has no parent company, and there is no publicly held company that owns 10% or more of the stock of CIGNA Corporation.

Dated: New York, New York
November 12, 2020

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: 973-596-4500
Facsimile: 973-596-0545
ewohlforth@gibbonslaw.com
*Attorneys for Defendant CareCore*
*National LLC d/b/a eviCore*

By: _s/ E. Evans Wohlforth, Jr._____
    E. Evans Wohlforth Jr.