UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiffs,<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Civil Action No. 20-9526 (JPC)<br><br>Document Electronically Filed<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant CareCore National LLC d/b/a eviCore ("eviCore") in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: November 17, 2020
New York, New York

By:   s/ Charlotte Howells
      Charlotte Howells
      **GIBBONS P.C.**
      One Gateway Center
      Newark, New Jersey 07102
      Telephone: 973-596-4500
      Facsimile: 973-596-0545
      chowells@gibbonslaw.com

      *Attorneys for Defendant CareCore*
      *National LLC d/b/a eviCore*

2863575.1 106782-103821