**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHLEEN VALENTINI, VALERIO
VALENTINI, and VALERIO VALENTINI on
behalf of his minor son M.V.,

                    Plaintiff.

                    -against-

GROUP HEALTH INCORPORATED,
EMBLEM HEALTH, INC., CARECORE
NATIONAL LLC d/b/a EVICORE, and
JOHN DOES 1 AND 2,

                    Defendants.

Civil Action No. 20-9526 (JPC)

Document Electronically Filed

**MOTION FOR ADMISSION**
**PRO HAC VICE**

       **PURSUANT TO** Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, **BENJAMIN A. POST**, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant CareCore National LLC d/b/a eviCore ("eviCore"), in the above-captioned action.

       I am in good standing of the bar of the State of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 19, 2020

Respectfully submitted,

By:    <u>/s/ Benjamin A. Post  </u>
        Benjamin A. Post, Esq.
        Post & Post LLC
        200 Berwyn Park, Suite 102
        920 Cassatt Rd.
        Berwyn, PA 19312
        Direct Dial: (484) 913-3022
        Telephone: (610) 240-9180
        Fax: (610) 240-9185
        bpost@postandpost.com