UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiffs,<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Case No. 1:20-cv-09526<br><br>AFFIDAVIT OF BENJAMIN A. POST IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

### AFFIDAVIT OF BENJAMIN A. POST
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Benjamin A. Post, being duly sworn, hereby depose and state the following:

1. I am a partner with the law firm of Post & Post LLC.

2. I submit this affidavit in support of my admission to practice *pro hac vice* in the above-captioned matter, on behalf of Defendant CareCore National LLC d/b/a eviCore.

3. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

1

By: /s/ Benjamin A. Post
Benjamin A. Post
POST & POST, LLC
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA 19312
Phone: (610)240-9180
Fax: (610)240-9185
bpost@postandpost.com

SWORN TO AND SUBSCRIBED

BEFORE ME THIS __18__ DAY

of __November__, 2020.

__Kristina M Hurley__
Notary Public

My commission expires on: __02/11/2024__

Commonwealth of Pennsylvania - Notary Seal
KRISTINA M HURLEY - Notary Public
Montgomery County
My Commission Expires Feb 11, 2024
Commission Number 1296043

2

**EXHIBIT A**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Benjamin A. Post, Esq.

**DATE OF ADMISSION**

*November 8, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 6, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk