UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>　　　　　　　Plaintiff.<br><br>　　-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>　　　　　　　Defendants. | Civil Action No. 20-9526 (JPC)<br><br>Document Electronically Filed<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

　　The motion of Benjamin A. Post, for admission to practice *pro hac vice* in the above-captioned action is granted.

　　Applicant has declared that he is a member in good standing of the bar of the State of Pennsylvania; and that his contact information is:

> Benjamin A. Post, Esq.
> Post & Post LLC
> 200 Berwyn Park, Suite 102
> 920 Cassatt Rd.
> Berwyn, PA 19312
> Direct Dial: (484) 913-3022
> Telephone: (610) 240-9180
> Fax: (610) 240-9185
> bpost@postandpost.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant CareCore National LLC d/b/a eviCore ("eviCore") in the above entitled action;

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

                                                                           _____
                                                                           Hon. John P. Cronan, U.S.D.J.

Dated: