UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiff.<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Civil Action No. 20-9526 (JPC)<br><br>Document Electronically Filed<br><br>CERTIFICATE OF SERVICE |

I, BENJAMIN A. POST, of full age, hereby certify:

1. I am a partner at Post & Post LLC, counsel for Defendant CareCore National LLC d/b/a eviCore ("eviCore") in the above-captioned matter.

2. On November 19, 2020, I caused to be electronically filed via CM/ECF the following documents: 1) Motion For Admission Pro Hac Vice, 2) Affidavit of Benjamin A. Post In Support Of Pro Hac Vice Motion, and 3) Order for Admission Pro Hac Vice.

3. On November 19, 2020, I caused to be served a true and correct copy of 1) Motion For Admission Pro Hac Vice, 2) Affidavit of Benjamin A. Post In Support Of Pro Hac Vice Motion, and 3) Order for Admission Pro Hac Vice, via Federal Express overnight delivery, upon Steve Cohen, Esq., Pollock Cohen LLP, 60 Broad St., 24th Fl., New York, New York 10004, and Jordan Merson, Esq., Merson Law PLLC, 950 Third Avenue, 18th Floor, New York, New York 10022, counsel for Plaintiffs.

/s/ Benjamin A. Post
Benjamin A. Post

Dated: November 19, 2020