# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Steve Cohen
SCohen@PollockCohen.com
(917) 364-4197

---

November 24, 2020

**VIA ECF & EMAIL**
Hon. John P. Cronan, U.S.D.J.
United States Courthouse
550 Pearl Street
New York, NY 10007
*Email*: CronanNYSDChambers@nysd.uscourts.gov

  Re: *Valentini v. Group Health Inc., et al.*, No. 20 Civ. 09526

Dear Judge Cronan:

We are in receipt of Defendants' counsel's letter dated November 24, 2020 (Doc. #8) requesting an extension to answer the Complaint, and do not object.

We wish everyone a safe and happy holiday.

          Sincerely,

          /s/ *Steve Cohen*

          Steve Cohen