UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
KATHLEEN VALENTINI et al.,                          :
:
                        Plaintiffs,        :
:      20-CV-9526 (JPC)
     -v-                                            :
:      <u>ORDER</u>
GROUP HEALTH INCORPORATED et al.,                   :
:
                        Defendants.        :
:
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of a letter-motion from Defendant CareCore National LLC d/b/a eviCore ("eviCore") requesting a pre-motion conference in advance of its forthcoming Motion to Dismiss (Dkt. 6), and Plaintiff's response to eviCore's pre-motion letter (Dkt. 11). Having reviewed the parties' submissions, the Court finds that a pre-motion conference regarding eviCore's Motion to Dismiss is unnecessary. EviCore shall file its motion by December 16, 2020. Plaintiff shall file its opposition papers by January 8, 2021. EviCore's reply, if any, is due January 15, 2021.

      As ordered by the Court on November 24, 2020, Defendant Group Health Incorporated ("GHI") has until December 2, 2020 to respond to the Complaint. (*See* Dkt. 9.) If GHI wishes to join in Defendant eviCore's Motion to Dismiss or if GHI wishes to file its own Motion to Dismiss, it may do so without further leave of the Court. If GHI elects to file its own motion, the parties shall follow the briefing schedule as set forth above.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the

2

appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

Dated: November 25, 2020
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge