UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>               Plaintiffs,<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>               Defendants. | Case No. 1:20-cv-09526<br><br>**AFFIDAVIT OF JOSHUA T. CALO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

**AFFIDAVIT OF JOSHUA T. CALO
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Joshua T. Calo, being duly sworn, hereby depose and state the following:

1. I am an Associate attorney with the law firm of Post & Post LLC.

2. I submit this affidavit in support of my admission to practice *pro hac vice* in the above-captioned matter, on behalf of Defendants CareCore National LLC d/b/a eviCore, and Group Health Incorporated.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibits A and B, I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

1

By: _____
Joshua T. Calo
POST & POST, LLC
200 Berwyn Park, Ste. 102
920 Cassatt Road
Berwyn, PA 19312
Phone: (610)240-9180
Fax: (610)240-9185
jcalo@postandpost.com

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __9th__ DAY
OF __Dec__, 2020.

_____
Notary Public

My commission expires on: __09/21/2022__

Commonwealth of Pennsylvania - Notary Seal
MIYA WARE - Notary Public
Philadelphia County
My Commission Expires Sep 21, 2022
Commission Number 1340039

2

# EXHIBIT "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joshua Thomas Calo, Esq.*

### DATE OF ADMISSION

*October 27, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 6, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# EXHIBIT "B"

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Joshua Thomas Calo** (No. **218032016**) was constituted and appointed an Attorney at Law of New Jersey on **November 9, 2016** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 7th day of December, 2020.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-