UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiff.<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Civil Action No. 20-9526 (JPC)<br><br>Document Electronically Filed<br><br>CERTIFICATE OF SERVICE |

I, JOSHUA T. CALO, of full age, hereby certify:

1. I am an Associate attorney at Post & Post LLC, counsel for Defendants CareCore National LLC d/b/a eviCore ("eviCore"), and Group Health Incorporated ("GHI"), in the above-captioned matter.

2. On December 9, 2020, I caused to be electronically filed via CM/ECF the following documents: 1) Motion For Admission Pro Hac Vice, 2) Affidavit of Joshua T. Calo In Support Of Pro Hac Vice Motion, and 3) Order for Admission Pro Hac Vice.

3. On December 9, 2020, I caused to be served a true and correct copy of 1) Motion For Admission Pro Hac Vice, 2) Affidavit of Joshua T. Calo In Support Of Pro Hac Vice Motion, and 3) Order for Admission Pro Hac Vice, via Federal Express overnight delivery, upon Steve Cohen, Esq., Pollock Cohen LLP, 60 Broad St., 24th Fl., New York, New York 10004, and Jordan Merson, Esq., Merson Law PLLC, 950 Third Avenue, 18th Floor, New York, New York 10022, counsel for Plaintiffs.

/s/ Joshua T. Calo
Joshua T. Calo, Esq.

Dated: December 9, 2020