UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>                Plaintiff.<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>                Defendants. | Civil Action No. 20-9526 (JPC)<br><br>Document Electronically Filed<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

**PURSUANT TO** Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, **JOSHUA T. CALO,** hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants CareCore National LLC d/b/a eviCore ("eviCore"), and Group Health Incorporated ("GHI"), in the above-captioned action.

    I am in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

                                      Respectfully submitted,

                                By:    /s/ Joshua T. Calo
                                            Joshua T. Calo, Esq.
                                            Post & Post LLC
                                            200 Berwyn Park, Suite 102
                                            920 Cassatt Rd.
                                            Berwyn, PA 19312
                                            Direct Dial: (484) 913-3044
                                            Telephone: (610) 240-9180
                                            Fax: (610) 240-9185

Dated:  December 16, 2020                        jcalo@postandpost.com