| | |
|---|---|
| E. Evans Wohlforth, Jr. | Benjamin A. Post* |
| Charlotte M. Howells | Joshua T. Calo** |
| **Gibbons P.C.** | **Post & Post LLC** |
| One Gateway Center | 200 Berwyn Park, Suite 102 |
| Newark, NJ 07102 | 920 Cassatt Rd. |
| Tel: (973) 596-4500 | Berwyn, PA 19312 |
| Fax: (973) 596-4545 | Telephone: (610) 240-9180 |
| | Fax: (610) 240-9185 |
| | *admitted pro hac vice* |
| | **admission pro hac vice pending* |

*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V., <br><br> Plaintiff. <br><br> -against- <br><br> GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2, <br><br> Defendants. | Civil Action No. 20-9526 (JPC) <br><br> ECF Case <br><br> Document Electronically Filed <br><br> **[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT** |

This matter having been opened to the Court by way of motion filed by Defendant Group Health Incorporated ("GHI"), through their attorneys, Gibbons P.C., for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b); and Defendant GHI having provided Plaintiffs with notice of the motion to dismiss and supporting documentation; and the Court having heard the arguments of counsel and reviewed the papers in support and in opposition to the motion; and good cause having been shown:

**IT IS** on this _____ day of _____, 2021,

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs' claims against Defendant GHI are hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

_____

Hon. John P. Cronan, U.S.D.J.