| | |
|---|---|
| E. Evans Wohlforth, Jr.<br>Charlotte M. Howells<br>**Gibbons P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br>Fax: (973) 596-4545 | Benjamin A. Post*<br>Joshua T. Calo**<br>**Post & Post LLC**<br>200 Berwyn Park, Suite 102<br>920 Cassatt Rd.<br>Berwyn, PA 19312<br>Telephone: (610) 240-9180<br>Fax: (610) 240-9185<br>*admitted pro hac vice*<br>**admission pro hac vice pending* |

*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V.,<br><br>Plaintiff.<br><br>-against-<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>Defendants. | Civil Action No. 20-9526 (JPC)<br><br>ECF Case<br><br>Document Electronically Filed<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT** |

This matter having been opened to the Court by way of motion filed by Defendant CareCore National LLC d/b/a eviCore ("eviCore"), through their attorneys, Gibbons P.C., for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b); and Defendant eviCore having provided Plaintiffs with notice of the motion to dismiss and supporting documentation; and the Court having heard the arguments of counsel and reviewed the papers in support and in opposition to the motion; and good cause having been shown:

**IT IS** on this _____ day of _____, 2021,

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs' claims against Defendant eviCore are hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

                                                                          Hon. John P. Cronan, U.S.D.J.