UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M. V., <br><br> Plaintiffs, <br><br> - against - <br><br> GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2, <br><br> Defendants. | Civil Action No. 20-9526 (JPC) <br><br> Document Electronically Filed <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of the Plaintiffs in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: December 17, 2020
      New York, NY

POLLOCK COHEN LLP

By:    /s/ Steve Cohen
     Steve Cohen
60 Broad St., 24th Fl.
New York, NY 10004
(212) 337-5361
SCohen@PollockCohen.com

*Counsel for Plaintiffs*