# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Steve Cohen
SCohen@PollockCohen.com
(917) 364-4197

---

December 21, 2020

**VIA ECF & EMAIL**
Hon. John P. Cronan, U.S.D.J.
United States Courthouse
550 Pearl Street
New York, NY 10007
*Email*: CronanNYSDChambers@nysd.uscourts.gov

Re: *Valentini v. Group Health Inc., et al.*, No. 1:20 Civ. 09526

Dear Judge Cronan:

Along with co-counsel Merson Law, we represent the Plaintiff, Mr. Valentini.

We are currently preparing a brief in opposition to the Defendants' motion to dismiss. Because the Defendants have filed two different motions – one on behalf of each of the two Defendants – we would be entitled to file two 25-page briefs. We respectfully request the Court's permission to file a single 40-page (maximum) brief, addressing both Defendants' motions.

In addition, we respectfully request a 10-day extension – until January 18th – to file our opposition. My younger son is a serving Marine who is about to be deployed in February. I have not seen him since his return from Iraq last winter, and I would like to try to see him.

I have met and conferred with Defendants' counsel, and they consent to both requests. (E-mails attached.) If Your Honor grants our extension, we ask that you also grant Defendants' request to extend their reply date until February 4th.

Thank you.

We wish everyone a safe and happy holiday.

Sincerely,

/s/ *Steve Cohen*

Steve Cohen

---

It is hereby ORDERED that Plaintiffs' requests are GRANTED. Plaintiffs may file a single 40-page brief responding to Defendants' two Motions to Dismiss. Plaintiffs shall submit their opposition by January 18, 2021, and Defendants shall submit their replies by February 4, 2021. The Court wishes Mr. Cohen's son the best and thanks him for his service.

SO ORDERED.

Date:   December 22, 2020
        New York, New York

JOHN P. CRONAN
United States District Judge