UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M. V.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　- against -<br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2,<br><br>　　　　　　　　　　　　　Defendants. | No. 20 Civ. 9526 (JPC) |

MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(a)

Valerio Valentini, by and through counsel, Pollock Cohen LLP and Merson Law PLLC, and pursuant to Fed. R. Civ. P. 25(a), moves to substitute Estate of Kathleen Valentini, Valerio Valentini as Administrator, as a named party in place of Kathleen Valentini. In support of this motion, plaintiff states as follows:

1. At the time this suit was filed, Kathleen Valentini was a Plaintiff in this action, the wife of Plaintiff Valerio Valentini, and the mother of minor M.V.

2. On November 1, 2020, Kathleen Valentini died.

3. On January 25, 2021, Valerio Valentini received Letters of Administration in the matter of the estate of Kathleen Valentini, from the State of North Carolina, where both Kathleen and Valerio lived at the time of her death. (EXHIBIT A).

4. Under Fed. R. Civ. P. 25(a)(1), "*Substitution if the Claim Is Not Extinguished.* If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any party or by the decedent's successor or representative."

5. Given that Plaintiff Kathleen Valentini died and her husband, Co-plaintiff Valerio Valentini was duly appointed Administrator of her estate with all rights to receive and administer assets belonging to the estate, Plaintiff Valerio Valentini respectfully requests that this Court enter an order of substitution pursuant to Fed. R. Civ. P. 25(a)(1) substituting the Estate of Kathleen Valentini, Valerio Valentini as Administrator as Plaintiff representing the estate Kathleen Valentini.

WHEREFORE, for each and all of the foregoing reasons, plaintiff requests that an order of substitution be entered substituting Estate of Kathleen Valentini, Valerio Valentini as administrator as a party Plaintiff in lieu of his deceased wife Kathleen as an original Plaintiff.

It is hereby ORDERED that Plaintiff's motion to substitute is GRANTED. The Clerk of the Court is respectfully directed to terminate Kathleen Valentini from the docket and add the Estate of Kathleen Valentini, Valerio Valentini as Administrator as a Plaintiff.

SO ORDERED.

Date: February 2, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

By: ___/s/Steve Cohen___
Steve Cohen
60 Broad St., 24th Floor
New York, NY 10004
Scohen@PollockCohen.com
Phone: (212) 337-5361

**MERSON LAW PLLC**

By: /s/ Jordan Merson
Jordan Merson
150 East 58th St.
New York, NY 10155
jmerson@mersonlaw.com
Phone: (212) 603-9100
*Counsel for Plaintiffs*

# Exhibit A

| STATE OF NORTH CAROLINA | File No. 21E95 |
|---|---|
| UNION County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

**IN THE MATTER OF THE ESTATE OF:**

Name: KATHLEEN ELIZABETH VALENTINI

# LETTERS
ADMINISTRATION

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

**Name And Address Of Fiduciary 1**
Valerio Valentini
4019 Deep river Way
Waxhaw, NC 28173

Title Of Fiduciary 1

Name And Address Of Fiduciary 2

Title Of Fiduciary 2

**SEAL**

Date Of Qualification: 01/25/2021

Clerk Of Superior Court: J. R. Rowell

**EX OFFICIO JUDGE OF PROBATE**

Date Of Issuance: 01/25/2021

Signature

[X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court

NOTE: This letter is not valid without the official seal of the Clerk of Superior Court.

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts