| | |
|---|---|
| E. Evans Wohlforth, Jr. | Benjamin A. Post* |
| Charlotte M. Howells | Joshua T. Calo* |
| **Gibbons P.C.** | **Post & Post LLC** |
| One Gateway Center | 200 Berwyn Park, Suite 102 |
| Newark, NJ 07102 | 920 Cassatt Rd. |
| Tel: (973) 596-4500 | Berwyn, PA 19312 |
| Fax: (973) 596-4545 | Telephone: (610) 240-9180 |
| | Fax: (610) 240-9185 |
| | *admitted pro hac vice* |

*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V., <br><br> Plaintiff. <br><br> -against- <br><br> GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2, <br><br> Defendants. | Civil Action No. 20-9526 (JPC) <br><br> ECF Case <br><br> Document Electronically Filed <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT ON BEHALF OF DEFENDANT EMBLEM HEALTH, INC.** |

**TO:**  **Steve Cohen, Esq.**
POLLOCK COHEN LLP
60 Broad St., 24th Fl.
New York, New York 10004

**Jordan Merson, Esq.**
MERSON LAW PLLC
950 Third Avenue, 18th Floor
New York, New York 10022
*Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on such date and time as the Court may direct, Defendant Emblem Health, Inc. ("Emblem"), through their attorneys, will move before the Honorable John

P. Cronan, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), for an Order dismissing Plaintiffs' Complaint in its entirety, with prejudice, for failure to state a claim.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendant Emblem shall rely upon the Memorandum of Law in Support of its Motion to Dismiss and related papers submitted herewith, the Memorandum of Law in support of Defendant CareCore National LLC d/b/a eviCore's Motion to Dismiss the Complaint (ECF Nos. 18-19); the Memorandum of Law in support of Defendant Group Health Incorporated's Motion to Dismiss the Complaint (ECF Nos. 17, 19); and the Joint Reply Memorandum of Law in Further Support of Defendant CareCore National LLC d/b/a eviCore's and Group Health Incorporated's Motions to Dismiss the Complaint (ECF No. 49); and

**PLEASE TAKE FURTHER NOTICE** that Defendant Emblem will request that the proposed form Order submitted herewith be entered by the Court; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: March 15, 2021 **GIBBONS P.C.**

/s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr., Esq.
Charlotte M. Howells, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:     (973) 596-4905
Facsimile:     (973) 639-6471
ewohlforth@gibbonslaw.com
chowells@gibbonslaw.com


Benjamin A. Post\*
Joshua T. Calo\*
Post & Post LLC
200 Berwyn Park, Suite 102
920 Cassatt Rd.
Berwyn, PA 19312
Telephone: (610) 240-9180
Fax: (610) 240-9185
*\*admitted pro hac vice*


*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*