| | |
|---|---|
| E. Evans Wohlforth, Jr. | Benjamin A. Post* |
| Charlotte M. Howells | Joshua T. Calo* |
| **Gibbons P.C.** | Post & Post LLC |
| One Gateway Center | 200 Berwyn Park, Suite 102 |
| Newark, NJ 07102 | 920 Cassatt Rd. |
| Tel: (973) 596-4500 | Berwyn, PA 19312 |
| Fax: (973) 596-4545 | Telephone: (610) 240-9180 |
| | Fax: (610) 240-9185 |
| | *admitted pro hac vice* |

*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN VALENTINI, VALERIO VALENTINI, and VALERIO VALENTINI on behalf of his minor son M.V., <br><br>Plaintiff. <br><br>-against- <br><br>GROUP HEALTH INCORPORATED, EMBLEM HEALTH, INC., CARECORE NATIONAL LLC d/b/a EVICORE, and JOHN DOES 1 AND 2, <br><br>Defendants. | Civil Action No. 20-9526 (JPC) <br><br>ECF Case <br><br>Document Electronically Filed <br><br>**CERTIFICATION OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR., ESQ.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Emblem Health, Inc. ("Emblem") in the above-captioned matter.

2. On March 15, 2021, I caused to be electronically filed via CM/ECF the following documents:

i. Notice of Motion to Dismiss Plaintiffs' Complaint on Behalf of Defendant Emblem Health, Inc.;

ii. Memorandum of Law in Support of Defendant Emblem Health, Inc.'s Motion to Dismiss the Complaint;

iii. Proposed Order; and

iv. this Certification of Service.

3. I also caused the above-referenced documents to be served on all counsel of record via ECF and e-mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2021

By: *E. Evans Wohlforth, Jr.*
E. Evans Wohlforth, Jr.
Charlotte M. Howells
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500
Fax: (973) 596-4545

Benjamin A. Post*
Joshua T. Calo*
Post & Post LLC
200 Berwyn Park, Suite 102
920 Cassatt Rd.
Berwyn, PA 19312
Telephone: (610) 240-9180
Fax: (610) 240-9185
*admitted pro hac vice*

*Attorneys for Defendants Carecore National LLC d/b/a eviCore, Group Health Incorporated and Emblem Health, Inc.*