UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATHLEEN VALENTINI et al.,

                          Plaintiffs,

    -against-                                                   20 **CIVIL** 9526 (JPC)

## **JUDGMENT**

GROUP HEALTH INCORPORATED et al.,

                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 27, 2021, Defendants' motion to dismiss is granted and the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        December 27, 2021

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                                      **BY:**
                                                             **Deputy Clerk**